

# The Chair of Saint Peter
### Keeper of the Extraordinary Seal of Saint Peter

**IN RE:**     **U S District Court for the Northern District of California**
450 Golden Gate Avenue
San Francisco, CA 94102-3489

**Placed on Special Deposit**     **Case Number #18-42060-RLE-13**

### Notice of Claim of Champerty, Maintenance and Barratry
### Demand for a Cure to the Breach of Contract

**FILED**
OCT 20 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**Claimant:** Marie Diane Schilly, heir to the estate

The heir's Claim of Barratry, a maritime lien, is hereby placed on special deposit with the court standing at the Law Merchant. The Claim, a maritime lien, arises out of a private dispute between two foreign entities concerning a breach of contract. Subject matter jurisdiction over the contract has been established by the Respondent and accepted by the court. A *Notice of Surrender* was filed and acknowledged by the court establishing in fact that the barrators knew or should have known that the contract in question had been modified in accordance with the trust indenture charging a non-discretionary administrative duty.

The heir requested the Parties execute their non-discretionary duty as concerns the Surrender of the Estate. The Parties chose to dishonor and took overt actions to forward their claim against the estate, a claim from which the Parties would have profited, contrary to the contract, the trust indenture.

The Barrator's frivolous claim has resulted in the arrest and Dry Dock(et) of the VESSEL; The imprisonment of the Master of the VESSEL as surety.

The maritime lien, charged by Confession of Judgment, the free will act and deed of the barrator(s), constitutes an attachment on the oaths and bonds of the Barrators as well as an attachment on all property, legal and/or equitable rights/claims in their name and/or in their control for the remedy of the heir.

The maritime lien charged by private agreement between the parties is a valid maritime contract. The maritime lien is charged in personam against the person and in rem against the Court, the Office of and/or any/all legal fiction entities involved in the transaction and cannot be released, terminated or modified in any way by any court or agency absent a full and complete remedy for the heir.

The Claim is a special maritime matter and is to be prosecuted under the supplemental rules in admiralty and effectively and immediately suspends the *'statutory action.'* The Claim stands as a confession of judgement and estopple charging the Summary Judgement and mandamus to compel the immediate execution of the non-discretionary duty as concerns the Acceptance and Surrender for Collections in fulfillment of the trust indenture.

You are instructed to immediately execute the non-discretionary administrative duty in accordance with the official surrender for collections. (See Notice of Surrender)

Dated the 12th day of October, two thousand twenty in the year of our Lord.

*[signature]*

Office of the Keeper of the Extraordinary Seal of Saint Peter
P.O. Box 160, Sandy Springs, South Carolina 29677

Case: 18-42060    Doc# 118    Filed: 10/20/20    Entered: 10/22/20 09:20:59    Page 1 of 6




# The Chair of Saint Peter Foundation
Keeper of the Extraordinary Seal of Saint Peter

## Claim of Champerty, Maintenance and Barratry
*Admiralty Maritime Lien*

**FILED**
OCT 20 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**Barrators** (jointly and severally liable):
In Personam: Michael Williams
In Rem: U S Bankruptcy Court for the Northern District of California

U S Bankruptcy Court for the Northern District of California
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

IN RE: Bankruptcy of MARIE DIANE SCHILLY  Case Number # 18-42060-RLE-13

**Lien Holder:** Marie Diane Schilly, heir to the estate

A Complaint for Trespass was filed with the Chair of St. Peter by the Claimant, one of the private people and heir to the estate alleging the trespass on the heir's private property by the Respondent. The complaint and demand for a cure and Subpoena were served on the Parties via USPS Overnight Express instructing the Respondents of their non-discretionary duty to respond, established by the Official Surrender, and informed the Respondent that their failure to respond would constitute a default and would result in the issue of charges against them.

The Respondent defaulted and charges were issued and served upon the Respondent via USPS Overnight Express mail providing the Respondent 72 hours to execute their non-discretionary administrative duty as concerns the Official Surrender for Collections of the Estate in fulfillment of the trust indenture. The Respondent was informed that their failure to execute their non-discretionary duty within 72 hours would charge the **Claim of Champerty, Maintenance and Barratry.** The Respondent defaulted charging the Claim by *Confession of Judgment by their own free will, act and deed.*

    The maritime lien, charged by Confession of Judgment, the free will act and deed of the barrator(s), constitutes an attachment on the oaths and bonds of the Barrators as well as an attachment on all equity claims in their name and/or in their control for the remedy of the heir.

The maritime lien is charged by private agreement between the parties and constitutes a valid maritime contract. The maritime lien is charged in personam against the person and in rem against the Court, the Office of and/or any/all legal fiction entities involved in the transaction and cannot be released, terminated or modified in any way by any court or agency absent a full and complete remedy.

IT IS ORDERED in the name of and under the authority of Jesus Christ, this the 27th day of September, two thousand and twenty in the year of our Lord,

*[signature]*




# The Chair of Saint Peter
### Keeper of the Extraordinary Seal of Saint Peter

**Barrators** (jointly and severally liable):
In Personam: Michael Williams
In Rem: U S Bankruptcy Court for the Northern District of California

U S Bankruptcy Court for the Northern District of California
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

**FILED OCT 20 2020**
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN RE: Bankruptcy of MARIE DIANE SCHILLY  Case Number # 18-42060-RLE-13

**Lien Holder:** Marie Diane Schilly, heir to the estate

## Final Good Faith Opportunity to Cure

We have a perfected **claim of systemic Champerty, Maintenance and Barratry** against the U.S.

The world is in the midst of a biblical transition. What was authorized yesterday is a crime today. We take this opportunity to provide some well needed clarification to ensure we are all on the same page because the fact is that we are *all operating under the same covenant/trust indenture, the law of the trust.*

We have established, by confession of judgment, your participation in a scheme that was set into motion by FDR's 1933 New Deal whereby the perfect platform was created with which to systematically rape, pillage and plunder the private people and their property while maintaining an iron grip control over their thoughts, words and deeds through mass mind control programming from cradle to grave placing the people under a 'spell.' You use the people as cannon fodder in your overt and covert wars against the people and nations of the world. Your programs are attacks on and disturb the peace and dignity creating a constant state of conflict. You pit group against group, race against race, brothers against their brothers .... And leave a toxic cloud of fear over shadowing the nations. You create the problem and then offer the solution. You create the threat and then offer the protection in a well-seasoned extortion/protection racket. You have economically enslaved the robbed them of their free will and choice. But, .....

Champerty, Maintenance and Barratry is *Not a Crime* if you are *Authorized!*

The global geopolitical structure is built on the trust established in Christ's New Covenant when Jesus gave Peter the keys to the kingdom affectively removing the people's right to rule over their own kingdoms. Christ's New Covenant is the *trust indenture* and the *law of the trust* that established the ***paper occupation*** under which the global geopolitical structure operates.

The Successor to Peter, the Belligerent Occupant, acting with the full power and authority of the Lord/Grantor administrates the global divine estate through proxies to whom Grants of Administrative Authority over a region is executed establishing a lord/vassal relationship. Grantees/vassals may employ whatever administrative leadership or rulership style they choose as long as the lord gets his tithe.

***The same trust indenture that granted you that authority also strips you of it!***

Office of the Keeper of the Extraordinary Seal of Saint Peter
P.O. Box 160, Sandy Springs, South Carolina 29677




# The Chair of Saint Peter
### Keeper of the Extraordinary Seal of Saint Peter

The same trust indenture, the *law of the trust*, that established the Paper Occupation also set forth the process for *redemption of the property* and *salvation or freedom* that includes personal and national deliverance from one's enemies, deliverance from slavery (Deut 24:18), ongoing protection and preservation from evil (Ps. 121), escape from death (Psalm 68:19), healing (Psalm 69:29; Jer 17:14), inheritance of land, descendants, and long life, *right here on earth*.

The Trust Indenture provides the process necessary for the *termination of the occupation* and the *return of our right to rule over our own kingdom*.

The *Acceptance and Surrender*, set forth in the trust indenture, **strips the Grantee** of any/all **authority** to rule over the private property and *charges the mandatory, non-discretionary fiduciary duty* to terminate the estate to facilitate the merger of the lesser (public) estate into the greater (private) estate. The Acceptance and Surrender strips the Grantee of all power and authority over the *hor de combat* and right to rule over your own kingdom is returned to *the true heir* to the estate in *fulfillment of the trust indenture*.

### Acts and actions that were authorized yesterday are now deemed *war crimes*.

There is no higher priority in a trust than the fulfillment of the trust indenture. The fact that the trust has operated for 2000 years under a belligerent occupant does not dismiss nor diminish the fiduciary duty to immediately execute the terms and conditions of the trust indenture concerning the redemption and distribution of the property to the heir. Both the right of occupation and the redemption of the property are set forth in the trust indenture. The occupation shall rule until the Acceptance and Surrender charges the non-discretionary fiduciary duty. The Acceptance and Surrender is the fulfillment of the trust indenture. There is no higher priority. Any acts and/or actions in the furtherance of a claim not consistent with the Surrender for Collections shall be acts and/or actions in want of lawful authority and shall constitute war crimes.

The entire geopolitical structure of the world operates under a Paper Occupation, by consent or grant, and is fully liable under the Laws of War and the Laws of Belligerent Occupation. The Belligerent Occupant is the trustee with a fiduciary duty to the fulfillment of the *will of the Grantor*, the trust indenture. Belligerent Occupant or Trustee, their duties to the trust are one in the same. The Paper Occupation is a grant of administrative authority over the assets/res of the trust. It is not a conveyance of title nor ownership of the assets. The Paper Occupation, Trusteeship, continues until the terms and conditions for its termination as set forth in the trust indenture are met. At that moment the trust is collapsed and all rights to the property, administrative and otherwise, must be released and returned to the heir whose right to rule over their own kingdom is restored.

Any acts, actions and/or inaction that has the effect of blocking the release and distribution of the property are treason against the trust and a *clog on the equity of redemption* of the estate and, by long standing equitable tradition, are void ab initio.

### Final Good Faith Opportunity to Cure

Although Champerty, Maintenance and Barratry are *Not a Crime* if you are *Authorized* **post Surrender** **they are war crimes and crimes against humanity.**

Office of the Keeper of the Extraordinary Seal of Saint Peter
P.O. Box 160, Sandy Springs, South Carolina 29677



# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

Therefore, our ***Claim*** of Champerty, Maintenance and Barratry is a ***Crime*** as you are in want of ***Authority***. What was an authorized machine yesterday is a criminal scheme today. Our Claim is a Maritime lien and attachment on the oaths, bonds and corporate charters of all parties involved, legal fiction and otherwise, in the execution of the criminal scheme.

The world is in the midst of a biblical transition. What was authorized yesterday is a crime today. We take this opportunity to provide some well needed clarification to ensure we are all on the same page because the fact is that we are all operating under the same covenant/trust indenture, the law of the trust.

Operating in good faith and with clean hands we extend you a final opportunity to execute your mandatory, non-discretionary administrative duty concerning the Acceptance and Surrender for Collections of the estate.

Your failure to execute your mandatory, non-discretionary administrative duty concerning the Acceptance and Surrender for Collections of the estate within 72 hours of receipt shall constitute a Default.

Your Default will charge the attachment on all oaths, bonds and corporate charters of all parties, legal fiction and otherwise, who participated in the execution of the criminal scheme.

IT IS DONE in the name of and under the authority of Jesus Christ, this the 12th day of October, two thousand and twenty in the year of our Lord.

*[signature]*

Office of the Keeper of the Extraordinary Seal of Saint Peter
P.O. Box 160, Sandy Springs, South Carolina 29677





Priority

$10



Chair of St. Peter
P.O. Box 160
Sandy Springs, S.C. 29677

U S Bankruptcy Court for the Northern District of California
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

RECEIVED
OCT 20 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA




RECEIVED
OCT 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

EXPECTED DELIVERY DAY: 10/17/20
USPS TRACKING® NUMBER